STEVEN D. WERTH, State Bar No. 121153
swerth@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
UNITY CARE GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICK VARGAS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITY CARE GROUP, INC., business entity form unknown, COUNTY OF SANTA CLARA, a public entity, PATRICK DAUPHIN, individually, and DOES 1 THROUGH 10, INCLUSIVE<br><br>  Defendants. | Case No. 5:16-cv-06767-EJD<br><br>**RULE 41 STIPULATED DISMISSAL OF SUBSTANTIVE DUE PROCESS UNDER 42 U.S.C. §1983 (FIRST CAUSE OF ACTION) AS TO UNITY CARE GROUP, INC. ONLY**<br><br>Hon. Edward J. Davila |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Erick Vargas and Defendant Unity Care Group, Inc., by and through their respective counsel of record, hereby stipulate that the First Cause of Action to the Complaint — Substantive Due Process under 42 U.S.C. §1983 — is dismissed <u>with prejudice</u> as to Unity Care Group, Inc. ONLY.

Erick Vargas and Unity Care Group, Inc. to bear their own fees and costs with respect to the First Cause of Action.

///

///

///

182619.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

The First Cause of Action still survives against defendants PATRICK DAUPHIN, COUNTY OF SANTA CLARA and DOES 1 THROUGH 10.

Dated: July 28, 2017	CASILLAS & ASSOCIATES

By: */s/ Arnold Casillas*
ARNOLD CASILLAS
Attorneys for Plaintiff
ERIK VARGAS

Dated: July 28, 2017	ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Steven D. Werth*
STEVEN D. WERTH
Attorneys for Defendant
UNITY CARE GROUP, INC.

**IT IS SO ORDERED.**

DATED: July 31, 2017

HON. EDWARD J. DAVILA
U. S. DISTRICT JUDGE