ARNOLDO CASILLAS, SBN 158519
DANIEL W. GILLETTE, SBN 244019
**CASILLAS & ASSOCIATES**
3777 Long Beach Blvd., Third Floor
Long Beach, CA 90807
Tel: (562) 203-3030; Fax: (323) 297-2833
Email: acasillas@casillaslegal.com
        dgillette@casillaslegal.com

Attorneys for Plaintiff ERICK VARGAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERICK VARGAS, | ) **CASE NO. 5:16-cv-06767-EJD** |
| Plaintiffs, | ) |
| | ) **REQUEST TO APPEAR** |
| | ) **TELEPHONICALLY AT CASE** |
| vs. | ) **MANAGEMENT CONFERENCE;** |
| | ) **[PROPOSED] ORDER** |
| UNITY CARE GROUP, INC., | ) |
| business entity form unknown, | ) Date: February 8, 2018 |
| COUNTY OF SANTA CLARA, a | ) Time: 10:00 a.m. |
| public entity, PATRICK DAUPHIN, | ) Place: Courtroom 4 - 5th Floor |
| individually, and DOES 1 THROUGH | ) 280 South 1st St., |
| 10, INCLUSIVE | ) San Jose, CA 95113 |
| Defendants. | ) |

Arnoldo Casillas, attorney for Plaintiff, ERIC VARGAS, hereby submits the following request to appear telephonically at the Status Conference in the above matter, currently set for February 8, 2018, at 10:00 a.m., due to a calendar conflict that cannot be altered and economy of costs for travel. Good cause exists for this request as follows:

1. The Court gave notice of the above Status Conference on January 26, 2018, following the mediator's report that the case had settled;

2. Plaintiff's counsel's office currently has a deposition set for that date

1

that was scheduled by the defendants in the matter of *Flores v. County of San Bernardino*) scheduling a deposition for January 9, 2018. This case had a discovery cutoff of December 29, 2017, however, the parties agreed to go past the cutoff in order to complete certain depositions. This deposition is scheduled to take place in Los Angeles, CA;

3. In addition, Plaintiff's counsel is located in the Los Angeles area. Plaintiff would incur the costs associated with travel to and from the San Jose area for a personal appearance at what counsel anticipates being a short hearing to report that the parties are moving forward with the finalization of the settlement. A telephonic appearance would be much more economical.

Based on the foregoing calendaring conflict and economy of costs, counsel for Plaintiff, Arnoldo Casillas, respectfully requests to appear telephonically at the upcoming Status Conference in the above matter, currently scheduled for February 8, 2018, at 10:00 a.m.

Dated: January 30, 2018                CASILLAS & ASSOCIATES


                                       By _/s/ Arnoldo Casillas _____
                                       ARNOLDO CASILLAS
                                       Attorneys for Plaintiff ERICK VARGAS

### **ORDER**

GOOD CAUSE APPEARING, and based on the foregoing, Plaintiff's counsel, ARNOLDO CASILLAS', request to appear telephonically at the Status Conference in the above matter, scheduled for February 8, 2018, at 10:00 a.m., is hereby GRANTED. Counsel shall arrange for telephonic appearance through Court Call.

Dated: ~~January~~ February _1_, 2018            _____
                                       HON. EDWARD J. DAVILA
                                       United States District Court Judge

2