Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
Ronald E. Enabnit, Esq. (SBN 138062)
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
Email: renabnit@mathenysears.com

Attorneys for Defendant COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK VARGAS<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITY CARE GROUP, INC., business entity form unknown; COUNTY OF SANTA CLARA, a public entity; PATRICK DAUPHIN, individually, and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 16-CV-06767 EJD<br><br>**REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE; AND [PROPOSED] ORDER**<br><br>Status Conference Date: February 8, 2018<br>Time: 10:00 a.m.<br>Courtroom: 4<br><br>Complaint Filed: November 23, 2016 |

Pursuant to Local Rule 16-10, Defendant COUNTY OF SANTA CLARA respectfully request permission for its respective lead counsel, Ronald E. Enabnit, to appear by telephone at the Status Conference scheduled on February 8, 2018 at 10:00 a.m.

The Court only recently scheduled this status conference on January 26, 2018, subsequent to receiving notice from the mediator that the parties had settled this matter at their January 24, 2018 mediation. Given the nature of the Bay Area commute, Mr. Enabnit would greatly appreciate being able to avoid a multi-hour round trip commute to San Jose from Sacramento. It is anticipated that there will be no significant issues to address at the Status Conference given that the parties have reached a settlement in this matter.

///

-1-

Therefore, defendant respectfully requests that their counsel be given leave to appear by telephone for the February 8, 2018 Status Conference.

Dated: January 31, 2018            **MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ Ronald E. Enabnit
RONALD E. ENABNIT, ESQ.
Attorneys for Defendant COUNTY OF SANTA CLARA

### ORDER

IT IS HEREBY ORDERED that the request to appear telephonically as the Status Conference on February 8, 2018 is hereby GRANTED.

Dated: February 1, 2018

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Counsel shall arrange for telephonic appearance through Court Call.